```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PRENTICE COX,                                                    :
                                                                 :
                            Plaintiff,                           :
                                                                 :          19-CV-8590 (JPC)
          -v-                                                    :
                                                                 :          ORDER
BAKERS PIZZA HK LLC and PARPIS REALTY LLC,                       :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the letter motion dated November 9, 2020, filed by Defendant Bakers Pizza HK LLC ("Bakers Pizza"), requesting that the claims against it be dismissed with prejudice, (Dkt. 33), as well as Plaintiff's and Defendant Parpis Realty LLC's oppositions to the motion (Dkts. 34, 35). The parties should be prepared to discuss Bakers Pizza's motion and the status of the discovery dispute raised by Plaintiff's letter motion dated September 2, 2020 (Dkt. 19) at the status conference scheduled for December 16, 2020, at 3:00 p.m.

SO ORDERED.

Dated: December 1, 2020
       New York, New York                        _____
                                                      JOHN P. CRONAN
                                                      United States District Judge