```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PRENTICE COX,                                                     :
:
Plaintiff,             :
:   19-CV-8590 (JPC)
-v-                                  :
:   ORDER
BAKERS PIZZA HK LLC and PARPIS REALTY LLC,   :
:
Defendants.            :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendant Parpis Realty's December 15, 2020 letter, requesting an adjournment of the Status Conference. (Dkt. 40). The Status Conference scheduled for December 16, 2020, at 4:30 p.m. is hereby adjourned to January 6, 2021, at 10:00 a.m. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: December 16, 2020                        _____
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge