UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :
PRENTICE COX,                          :
                              :
              Plaintiff,            :
                              :           19-CV-8590 (JPC)
          -v-                   :
                              :           <u>ORDER</u>
BAKERS PIZZA HK LLC and PARPIS REALTY LLC,  :
                              :
            Defendants.        :
                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Status Conference scheduled for January 5, 2021, at 12:00 p.m. is hereby adjourned to January 14, 2021, at 1:00 p.m. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

       SO ORDERED.

Dated: January 4, 2021
       New York, New York
                                            JOHN P. CRONAN
                                            United States District Judge