```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PRENTICE COX,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :            19 Civ. 8590 (JPC)
            -v-                                                  :
                                                                 :                 ORDER
BAKERS PIZZA HK LLC et al.,                                      :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed a letter on May 31, 2021, notifying the Court that his federal ADA claim is moot and requesting dismissal of his state claims without prejudice. Dkt. 72. The Court issued an order on June 1, 2021, dismissing Plaintiff's federal claim and setting a June 5, 2021 deadline for Defendants to object to Plaintiff's request. To date, no objections have been filed. Accordingly, Plaintiff's request is granted and his state claims are dismissed without prejudice.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: July 26, 2021
       New York, New York                           _____
                                                           JOHN P. CRONAN
                                                       United States District Judge